# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

## COMPLAINT FORM

Full name(s) of Plaintiff(s)
(Do not use *et al.*)

Wilfred-di Rivera

v.

Experian

Case No. 3:22CV 1039 (MPS)
(To be supplied by the Court)

Full names of Defendant(s)
(Do not use *et al.*)

**A. PARTIES**

1. Wilfred-di Rivera is a citizen of Connecticut who
   (Plaintiff)                              (State)
   presently resides at 569 Zion St Apt A  06106
                        (mailing address)

2. Defendant Experian is a citizen of Texas
   (name of first defendant)                (State)
   whose address is P.O box 4500, Allen TX 75013

3. Defendant _____ is a citizen of _____
       (name of second defendant)                                (State)

whose address is _____.

(If more space is needed to furnish the above information for additional defendants, continue on a blank sheet which you should label "A. PARTIES." Be sure to include each defendant's identity and complete address.)

## B. JURISDICTION

The jurisdiction of this court is invoked pursuant to: (list statute(s))

Hartford County

## C. NATURE OF THE CASE

**BRIEFLY** state the background of your case.

Experian has violated me in numerous ways under Federal Law of the F.C.R.A and TILA. I have tried multiple times to try and settle the matter in Good Faith but been ignored and neglected. Experian is liable for damages under Federal Law. Experia has violated me under 15 USC 1681 b(2) Permissible Purpose - I did not provide a written concent to furnish a report on the original creditor. Experian has violated me under 15 USC 1681 e(a) which reflects on 15 USC 1681b Experian has violated me under 15 USC 1681 a(2)(B) - including excluded experiences like transactional information. Experian has violated me under 15 USC 1681 i and 15 USC 1681 eb for not following reasonable procedure to ensure all information is accurate 100% and verified through personal interviews. Experian has violated me under 15 USC 1681 providing false and incorrect information without consent.

2

## D. CAUSE OF ACTION

I allege that the following of my constitutional rights, privileges, or immunities or my rights under a federal statute have been violated and that the following facts form the basis of my allegations: (If more space is needed to explain any allegation or to list additional supporting facts, continue on a blank sheet which you should label "D. CAUSE OF ACTION.")

**Claim I:** Experian has committed identity fraud against me the original creditor

Supporting Facts: (Include all facts you consider important, including names of persons involved, places, and dates. Describe exactly how each defendant is involved. State the facts clearly in your own words without citing legal authority or argument.)

Experian has violated me under 15 USC 1602p for unauthorized use my information (non public) to furnish a personal documentation representation of me and alleged experiences without consent.

Experian has violated me under 15 USC 1681a(q)(3) and Regulation V 12 CFR 1022.3 for using my identifying information without proper written consent

Experian has violated me under 15 USC 6821 for creating fraudulent representation without permissible purpose which is now held liable under 15 USC 6823 to fines under Title 18 USC 3751 with fines up to 500k for a felony by an organization.

Under 15 USC 6801a I have the right to privacy and to direct and know where of the whereabouts of my non public information which Experian is in violation of

Experian is in violation under 15 USC 1644 for fraudulently using my credit card to furnish a fraudulent report on behalf of the original creditor without consent

**Claim II:** _____

Supporting Facts:

3

### E. REQUEST FOR RELIEF
WHEREFORE, plaintiff demands: (state the relief you seek)

50k payable by cashiers check to the given address

### F. JURY DEMAND

Do you wish to have a jury trial?  Yes    ~~No~~

_Wilfred-Jr. Rivera_
_____
Original signature of attorney (if any)     **Plaintiff's Original Signature**

_____
Printed Name                                Printed Name
                                            Wilfred-Jr. Rivera

( )                                         (860) 483-8975
Attorney's full address and telephone       Plaintiff's full address and telephone
                                            569 Zion St Apt A

Email address if available                  Email address if available
                                            Will.abundance@yahoo.com

## DECLARATION UNDER PENALTY OF PERJURY

The undersigned declares under penalty of perjury that he/she is the plaintiff in the above action, that he/she has read the above complaint and that the information contained in the complaint is true and correct. 28 U.S.C. § 1746; 18 U.S.C. § 1621.

Executed at __Hartford County__ on __8/15/22__.
            (location)                  (date)

_Wilfred-Jr. Rivera_
_____
**Plaintiff's Original Signature**

(Rev.3/29/16)

Wilfred Rivera Jr
Last Four Of SSN# 9889
5/09/22

To whom it may concern at EXPERIAN.

Notice to all, i am that i am, the Federal protected consumer in fact, natural person, original creditor, lender, executor, administrator, holder in due course for any and all derivatives thereof for the surname/given name Wilfred Rivera Jr in accordance with 15 U.S.Code §1692a(3). EXPERIAN is an elaborate mechanism that has been developed for investigating and evaluating the credit worthiness, credit standing, credit capacity, character, and general reputation of consumers under **15 U.S. Code § 1681** - Congressional findings and statement of purpose. Under **15 U.S. Code § 1681(3)** EXPERIAN has assumed a vital role in assembling and evaluating consumer credit and other information on consumers. Under **15 U.S. Code § 1681(4)** there is a need to insure that consumer reporting agencies exercise their GRAVE responsibilities with FAIRNESS, IMPARTIALITY, and a RESPECT for the consumer's RIGHT to PRIVACY. EXPERIAN do you not have to solely operate under the regulations and guidelines of the F.C.R.A and C.F.P.B? So under 15 U.S. Code § 1681b(a)(2) - Permissible purposes of consumer reports you can only furnish a CONSUMER report on me the consumer in accordance with the written instruction and I DID NOT PROVIDE YOU THAT WRITTEN INSTRUCTION TO DO SO. You are in violation(1). Under 15 USC 1681e(a) No consumer reporting agency may furnish a consumer report to any person if it has reasonable grounds for believing that the consumer report will not be used for a purpose listed in section 1681b of this title. You are in violation(2) EXPERIAN do you not have to solely operate under the regulations and guidelines of the F.C.R.A and C.F.P.B? So under 15 U.S. Code § 1681a (2)(B)- Definitions; rules of construction (2)Exclusions.—Except as provided in paragraph (3), the term "consumer report" does not include—(i)report containing information solely as to **transactions or experiences between the consumer and the person making the report**. Notice, it is fact , EXPERIAN you are reporting inaccurate banking transactions on my report. You are in violation(3). EXPERIAN do you not have to solely operate under the regulations and guidelines of the F.C.R.A and C.F.P.B? So under 15 USC 1681i and 15 U.S. Code § 1681e (b)- Compliance procedures-Accuracy of report--Whenever a consumer reporting agency prepares a consumer report it shall follow reasonable procedures to assure maximum possible accuracy of the information concerning the individual about whom the report relates. Notice, it is a fact, EXPERIAN is reporting inaccurate information on my reputation causing harm and deformation of character to my reputation. You are in violation(5). EXPERIAN do you not have to solely operate under the regulations and guidelines of the F.C.R.A and C.F.P.B? So under 15 USC 1681 notice, it is a fact you EXPERIAN are providing false and misleading reporting on I the consumers behalf. This account is negligently and inaccurately reporting failing to comply under **15 USC 1681**. You are in violation(6). EXPERIAN do you not have to solely operate under the regulations and guidelines of the F.C.R.A and C.F.P.B? Notice, it is a fact you EXPERIAN are in violation under 15 USC 1602(p) for unauthorized use of my information, I did not CONCENT to you reporting my information against my federal right to privacy. You are in violation(7). Under **15 U.S. Code § 1681** - Congressional findings and statement of purpose it states-**(1)**The banking system is dependent upon fair and accurate credit reporting. Inaccurate credit reports directly impair the efficiency of the banking system, and unfair credit reporting methods undermine the public confidence which is essential to the continued functioning of the banking system. Notice it is a fact, affiant is aware, whoever violates 15 U.S. Code § 6821 such as the a false, fictitious, or fraudulent statement or representation to a customer of a financial institution will be held liable under 15 U.S. Code § 6823(a) to fines under Title 18 USC 3751 with fines up to 500,000 for a felony by an organization or imprisoned for 5 years or both. Notice, it is a fact, affiant is aware, pursuant to 15 U.S. Code § 6801(a) I, the affiant, has the right to privacy and the right to know where and how to direct the disclosure of my nonpublic information. Notice it is a fact Transunion is in violation under 15 U.S.Code § 1644(a) - Fraudulent authorized use of a credit card such as a license plate, social security card, EBT card, can result up to a 10,000 fine. Your fraudulent and inaccurate reporting on my behalf the consumer has caused me massive harm and a lack of faith in the banking system and I am no longer willing to extend my credit unless the following items below are corrected or removed as directed. You are liable for damages and I am willing to settle in good faith for less than you are liable for i you respectfully cooperate. I demand you settle this matter and pay me by check to P.o box 261086 Hartford CT 06126 in the amount listed on the invoice. Close record of our communication will be recorded for C.F.P.B, B.B.B and Court purposes.The following accounts are in violation under 15 USC 1681e(b). Your grave duty is to report 100% accuracy and the following account numbers are not complete. I Demand you correct the amounts on the account immediately! by 5/20/22

.The following accounts are in violation under 15 USC 1681e(b). Your grave duty is to report 100% accuracy and the following account numbers are not complete. I Demand you correct the amounts on the account immediately! by 5/20/22.

FNBO account# 49968676876****
You are reporting a due balance of $2,370.00 That account is paid in full and your reporting is inaccurate and fraudulent and i DEMAND you correct the true amount of $0.00
AMEX account# 349992919269****
You are reporting a due balance of $1,895.00 That account is paid in full and your reporting is inaccurate and fraudulent and i DEMAND you correct the true amount of $0.00
BK OF AMER account#45**
You are reporting a due balance of $756.00 That account is paid in full and your reporting is inaccurate and fraudulent and i DEMAND you correct the true amount of $0.00

On date of 05/09/22 Wilfred Rivera Jr, agent,d/b/a First Middle Last came before me today present as a flesh and blood living being(non entity/non debtor) under oath to the most high of creation only and provided the facts listed herein.

Sworn to or affirmed by and subscribed before me on the ____day of_____ of the year_____

# THIRD NOTICE TO CURE
### You Have 72hrs To Cure

## To whom it may concern at EXPERIAN.

Notice to all, i am that i am, the Federal protected consumer in fact, natural person, original creditor, lender, executor, administrator, holder in due course for any and all derivatives thereof for the surname/given name Wilfred Rivera Jr in accordance with 15 U.S.Code §1692a(3). EXPERIAN is an elaborate mechanism that has been developed for investigating and evaluating the credit worthiness, credit standing, credit capacity, character, and general reputation of consumers under **15 U.S. Code § 1681** - Congressional findings and statement of purpose. Under **15 U.S. Code § 1681(3)** EXPERIAN has assumed a vital role in assembling and evaluating consumer credit and other information on consumers. Under **15 U.S. Code § 1681(4)** there is a need to insure that consumer reporting agencies exercise their GRAVE responsibilities with FAIRNESS, IMPARTIALITY, and a RESPECT for the consumer's RIGHT to PRIVACY. EXPERIAN do you not have to solely operate under the regulations and guidelines of the F.C.R.A and C.F.P.B? So under 15 U.S. Code § 1681b(a)(2) - Permissible purposes of consumer reports you can only furnish a CONSUMER report on me the consumer in accordance with the written instruction and I DID NOT PROVIDE YOU THAT WRITTEN INSTRUCTION TO DO SO. You are in violation(1). Under 15 USC 1681e(a) No consumer reporting agency may furnish a consumer report to any person if it has reasonable grounds for believing that the consumer report will not be used for a purpose listed in section 1681b of this title. You are in violation(2) EXPERIAN do you not have to solely operate under the regulations and guidelines of the F.C.R.A and C.F.P.B? So under 15 U.S. Code § 1681a (2)(B)- Definitions; rules of construction (2)Exclusions.—Except as provided in paragraph (3), the term "consumer report" does not include—(i)report containing information solely as to **transactions or experiences between the consumer and the person making the report**. Notice, it is fact , EXPERIAN you are reporting inaccurate banking transactions on my report. You are in violation(3). EXPERIAN do you not have to solely operate under the regulations and guidelines of the F.C.R.A and C.F.P.B? So under 15 USC 1681i and **15 U.S. Code § 1681e (b)**- Compliance procedures-Accuracy of report--Whenever a consumer reporting agency prepares a consumer report it shall follow reasonable procedures to assure maximum possible accuracy of the information concerning the individual about whom the report relates. Notice, it is a fact, EXPERIAN is reporting inaccurate information on my reputation causing harm and deformation of character to my reputation. You are in violation(5). EXPERIAN do you not have to solely operate under the regulations and guidelines of the F.C.R.A and C.F.P.B? So under 15 USC 1681 notice, it is a fact you EXPERIAN are providing false and misleading reporting on I the consumers behalf. This account is negligently and inaccurately reporting failing to comply under **15 USC 1681**. You are in violation(6). EXPERIAN do you not have to solely operate under the regulations and guidelines of the F.C.R.A and C.F.P.B? Notice, it is a fact you EXPERIAN are in violation under 15 USC 1602(p) for unauthorized use of my information, I did not CONCENT to you reporting my information against my federal right to privacy. You are in violation(7). Under **15 U.S. Code § 1681** - Congressional findings and statement of purpose it states-(1)The banking system is dependent upon fair and accurate credit reporting. Inaccurate credit reports directly impair the efficiency of the banking system, and unfair credit reporting methods undermine the public confidence which is essential to the continued functioning of the banking system. Notice it is a fact, affiant is aware, whoever violates 15 U.S. Code § 6821 such as the a false, fictitious, or fraudulent statement or representation to a customer of a financial institution will be held liable under 15 U.S. Code § 6823(a) to fines under Title 18 USC 3751 with fines up to 500,000 for a felony by an organization or imprisoned for 5 years or both. Notice, it is a fact, affiant is aware, pursuant to 15 U.S. Code § 6801(a) I, the affiant, has the right to privacy and the right to know where and how to direct the disclosure of my nonpublic information. Notice it is a fact EXPERIAN is in violation under 15 U.S.Code § 1644(a) - Fraudulent authorized use of a credit card such as a license plate, social security card, EBT card, can result up to a 10,000 fine. Your fraudulent and inaccurate reporting on my behalf the consumer has caused me massive harm and a lack of faith in the banking system and I am no longer willing to extend my credit unless the following items below are corrected or removed as directed. You are liable for damages and I am willing to settle in good faith for less than you are liable for i you respectfully cooperate. I demand you settle this matter and pay me by check to P.o box 261086 Hartford CT 06126 in the amount listed on the invoice. Close record of our communication will be recorded for C.F.P.B, B.B.B and Court purposes. The following accounts are in violation under 15 USC 1681e(b). Your grave duty is to report 100% accuracy and the following account numbers are not complete. You have 72hrs to settle the matter with paid invoice as of date 06/22/22

.The following accounts are in violation under 15 USC 1681e(b). Your grave duty is to report 100% accuracy and the following account numbers are not complete. You have 72hrs to settle the matter with paid invoice as of date 06/22/22


FNBO account# 49968676876****
You are reporting a due balance of $2,370.00 That account is paid in full and your reporting is inaccurate and fraudulent and i DEMAND you correct the true amount of $0.00
AMEX account# 349992919269****
You are reporting a due balance of $1,895.00 That account is paid in full and your reporting is inaccurate and fraudulent and i DEMAND you correct the true amount of $0.00
BK OF AMER account#45**
You are reporting a due balance of $756.00 That account is paid in full and your reporting is inaccurate and fraudulent and i DEMAND you correct the true amount of $0.00

# INVOICE

Wilfred Rivera
p.o. box 261086 Hartford CT 06126

**Bill To:**

EXPERIAN

**Invoice#**

**Invoice Date**

**Due Date**  June 25 2022

| Item Description | Qty | Rate | Amount |
|---|---|---|---|
| PAYMENT FOR CURE OF THIS MATTER | | 20,000.000 | 20,000.00 |

Final Notice To Cure

Sub Total

TOTAL

Notes

FINAL NOTICE TO CURE

Terms & Conditions

Make the payment by the due date 06/25/22

Powered by Zoho Invoice

From:  Wilfred Rivera Jr

P.o box 260222 Hartford CT, 06126

To: EXPERIAN

P.o box 4500 Allen TX 75013

# Affidvit Of Truth

# NOTICE OF DEFUALT

Notice to all, i am that i am, the Federal protected consumer in fact, natural person, original creitor, lender, executor, administrator, holder in due course for any and all derivatives thereof for the surname/given name Wilfred Rivera Jr in accordance with 15 U.S.Code §1692a(3).  and i have been appointed and accept being the executer both public and private for all matters proceeding, and i hereby claim that i will d/b/a Wilfred  Rivera Jr and autograph as the agent, attorney in fact, so be it. Notice, it is a fact, pursuant to 15 U.S.Code § 1692a(4), the term creditor means any person who extends credit creating the debt. I extended the credit which makes me the original creditor in fact.

Notice, it is a fact, affiant is aware, he is a consumer, a natural person who seeks or acquires goods or services for personal, family, or household use only in accordance with the federal regulation 16 CFR 433.1(b).

Whereas, I of age of majority, give this herein notice to all,I make solemn oath to the one and only most high of creation only, whoever that may be, and I depose the fallowing facts so be it, now present:

NOtice it is a fact, affiant is aware and has reason to believe and does so believe EXPERIAN is in

1

and misleading information in connection to prior violation presented above.

Notice it is a fact EXPERIAN is in federal violation under 15 USC 1602(p) for unauthorized use of my information, I did not CONSENT to reporting of my information against my federal right to privacy.

Notice it is a fact EXPERIAN is in federal violation under 12 CFR § 1026.12 (1)(i) Special credit card provisions. (i) Definition of unauthorized use. For purposes of this section, the term "unauthorized use" means the use of a credit card by a person, other than the cardholder, who does not have actual, implied, or apparent authority for such use, and from which the cardholder receives no benefit. EXPERIAN has used my credit card(social#) to furnish a report without my authorization.

Notice it is a fact EXPERIAN is in federal violation under 15 U.S. Code § 6801(a) I, the affiant, has the right to privacy and the right to know where and how to direct the disclosure of my nonpublic information. EXPERIAN has obtained my information and has furnished a report on behalf of I the original creditor

Notice it is a fact EXPERIAN is in violation under 15 U.S.Code § 1644(a) - Fraudulent authorized use of a credit card such as a license plate, social security card, EBT card, can result up to a 10,000 fine. EXPERIAN has aquired my social security without my consent and has used it to furnish a report on behalf of the original creditor without my consent.

Notice it is a fact Affiant has attempted to settle the matter in good faith with EXPERIAN( 3 attempts ) with no success because EXPERIAN has neglegently and willfully ignored me the consumer and original creditor and has caused me to feel ignored, mistreated, discriminated, anxious, depressed, angry, with lack of focus and hunger and lack of energy. These attempts are shown in EXHIBIT A EXHIBIT B EXHIBIT C.

I am demanding EXPERIAN for their willfull acts of illwill to settle the matter in good faith and pay me the consumer for federal violations and actual damages in the total amount and no penny less for $50,000 in true and full amount including actual damages, neglegence and federal violations under 15 USC 1681n and 15 USC 1681o payable by cashiers check to the address listed previously.

Notice it is a fact EXPERIAN as show in EXHIBIT A - EXHIBIT C. EXPERIAN had plenty of

3

time and opportunity to respond and settle the matter and willingly did not. EXPERIAN is in fact in DEFUALT.

Authorized Representative, Attorney-In-Fact
By order of WILFRED RIVERA JR By Wilfred Jr: Rivera  Authorize Representative swear to all information provided herein, I do so under the penalty of perjury that the information I so affirm to be true, correct, accurate to the best of my ability and knowledge, so be it.

EXPERIAN has 10 days after receipt of this notice to respond. If failure to do so will result in defualtment to respond to an affidavit

## JURAT AKNOWLEDGEMENT

On date of 07/05/22 Wilfred Rivera Jr, agent,d/b/a First Middle Last came before me today present as a flesh and blood living being(non entity/non debtor) under oath to the most high of creation only and provided the facts listed herein.

Sworn to or affirmed by and subscribed before me on the 5th day of July of the year 2022

ASTRID P. TAVERAS-INOA
*NOTARY PUBLIC*
My Commission Expires Oct. 31, 2026



4

# INVOICE

Wilfred Rivera
p.o. box 261086 Hartford CT 06126

**Bill To:**

EXPERIAN

**Invoice#**

**Invoice Date**

**Due Date**  July 15 2022

| Item Description | Qty | Rate | Amount |
|---|---|---|---|
| PAYMENT FOR CURE OF THIS MATTER | | 50,000.000 | 50,000.00 |

Final Notice To Cure                                              Sub Total

                                                                  TOTAL

Notes

NOTICE OF FAULT AFFIDAVIT OF TRUTH

Terms & Conditions

Make the payment by the due date 07/15/22

Powered by  Invoice

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   To Experian
   P.O box 4500 Allen
   TX 75013

   ||||||||||||||||||||||||||||||||||||||
   9590 9402 7266 1284 2663 81

2. Article Number (Transfer from service label)

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _____
☐ Agent
☐ Addressee

B. Received by (Printed Name)  C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☐ Adult Signature
   ☐ Adult Signature Restricted Delivery
   ☐ Certified Mail®
   ☐ Certified Mail Restricted Delivery
   ☐ Collect on Delivery
   ☐ Collect on Delivery Restricted Delivery
   ☐ Insured Mail
   ☐ Insured Mail Restricted Delivery (over $500)
   ☐ Priority Mail Express
   ☐ Registered Mail™
   ☐ Registered Mail Restricted Delivery
   ☐ Signature Confirmation
   ☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053   Domestic Return Receipt

notice it is a fact Experian has only returned one reciept back

Ninal-Jenkins